IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DIGITAL CONTROL INCORPORATED and MERLIN TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNDERGROUND MAGNETICS, INC., <br><br> Defendant. | Case No: 4:22-cv-173 <br><br> **JOINT STATUS UPDATE AND REQUEST FOR CONTINUANCE** |

Plaintiffs Digital Control Incorporated and Merlin Technology, Inc. and Defendant Underground Magnetics, Inc., by and through their respective undersigned counsel, hereby submit this Joint Status Update and Request for Continuance, and state as follows:

1. On May 17, 2023, the parties executed a binding term sheet memorializing the essential terms of an agreement that will resolve all claims between the parties and should ultimately negate the need for trial of this action.

2. The parties anticipate filing a joint stipulation of dismissal of the above-captioned matter once certain conditions are satisfied between the parties, including a binding mediation on two remaining issues.

3. A formal settlement agreement will be finalized and executed, which the parties believe will occur within approximately 60 days.

4. The parties therefore respectfully request a stay of this action for 60 days—including all deadlines on pending motions and any related or scheduled hearings—to allow the parties reasonable time to resolve this matter and file a Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulation of dismissal with prejudice with the Court.

5. The parties will provide the Court any additional status updates as requested and will notify the Court if the parties believe additional time is required to finalize settlement.

WHEREFORE, the parties jointly respectfully request the Court enter an order staying the above-captioned matter for 60 days, including all deadlines on pending motions and any related or scheduled hearings.

Dated:   May 18, 2023

<table>
<tr><td>

BELIN MCCORMICK, P.C.

 /s/ Michael R. Reck
Michael R. Reck
Kelsey J. Knowles
Christopher J. Jessen
666 Walnut Street, Suite 2000
Des Moines, IA 50309
(515) 243-7100 (telephone)
(515) 558-0645 (facsimile)
mrreck@belinmccormick.com
kjknowles@belinmccormick.com
cjessen@belinmccormick.com

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
J. Michael Jakes (pro hac vice)
Jason L. Romrell (pro hac vice)
Danny M. Awdeh (pro hac vice)
J. Preston Long (pro hac vice)
Cara E. Regan (pro hac vice)
Matthew R. Ritter (pro hac vice)
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
mike.jakes@finnegan.com
jason.romrell@finnegan.com
danny.awdeh@finnegan.com
jp.long@finnegan.com
cara.regan@finnegan.com
matthew.ritter@finnegan.com

Daniel M. Jordan (pro hac vice)
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2700
dan.jordan@finnegan.com

*Attorneys for Plaintiffs Digital Control
Incorporated and Merlin Technology, Inc.*

</td><td>

MCKEE, VOORHEES & SEASE, PLC

 /s/ Glenn L. Johnson
Glenn L. Johnson
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309
Telephone: (515) 288-3667, Ext. 2676
Facsimile: (515) 288-1338
glenn.johnson@ipmvs.com

MERCHANT & GOULD P.C.
Christopher Sorenson (pro hac vice)
Heather Kliebenstein (pro hac vice)
Tong Wu (pro hac vice)
Jeffrey Blake (pro hac vice)
Ariel Howe (pro hac vice)
Bridget Carmichael (pro hac vice)
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402-4247
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
csorenson@merchantgould.com
hkliebenstein@merchantgould.com
twu@merchantgould.com
jblake@merchantgould.com
ahowe@merchantgould.com

Bradley J. Kaspar, AT0012308
PICKENS, BARNES & ABERNATHY
1800 First Avenue NE, Suite 200
P.O. Box 74170
Cedar Rapids, Iowa 52407-4170
Telephone: (319) 366-7621
Facsimile: (319) 366-3158
bkaspar@pbalawfirm.com

*Attorneys For Defendant
Underground Magnetics, Inc.*

</td></tr>
</table>

D0773\0001\(4223658)