**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DIGITAL CONTROL INCORPORATED and MERLIN TECHNOLOGY, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> UNDERGROUND MAGNETICS, INC., <br><br>    Defendant. | Case No: 4:22-cv-173-RGE-WPK <br><br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between Plaintiffs Digital Control Incorporated and Merlin Technology, Inc. and Defendant Underground Magnetics, Inc., that the above-captioned action, including all claims, counterclaims, and defenses, is hereby dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs, expenses, and attorneys' fees.

Dated: September 13, 2023

<table>
<tr><td>

BELIN MCCORMICK, P.C.

 /s/ Michael R. Reck
Michael R. Reck
Kelsey J. Knowles
Christopher J. Jessen
666 Walnut Street, Suite 2000
Des Moines, IA 50309
(515) 243-7100 (telephone)
(515) 558-0645 (facsimile)
mrreck@belinmccormick.com
kjknowles@belinmccormick.com
cjessen@belinmccormick.com

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
J. Michael Jakes (pro hac vice)
Jason L. Romrell (pro hac vice)
Danny M. Awdeh (pro hac vice)
J. Preston Long (pro hac vice)
Cara E. Regan (pro hac vice)
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
mike.jakes@finnegan.com
jason.romrell@finnegan.com
danny.awdeh@finnegan.com
jp.long@finnegan.com
cara.regan@finnegan.com

 Daniel M. Jordan (pro hac vice)
 1875 Explorer Street, Suite 800
 Reston, VA 20190-6023
 Telephone: (571) 203-2700
 dan.jordan@finnegan.com

*Attorneys for Plaintiffs Digital Control Incorporated and Merlin Technology, Inc.*

</td><td>

MCKEE, VOORHEES & SEASE, PLC

 /s/ Glenn L. Johnson
Glenn L. Johnson
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309
Telephone: (515) 288-3667, Ext. 2676
Facsimile: (515) 288-1338
glenn.johnson@ipmvs.com

MERCHANT & GOULD P.C.
Christopher Sorenson (pro hac vice)
Heather Kliebenstein (pro hac vice)
Tong Wu (pro hac vice)
Jeffrey Blake (pro hac vice)
Ariel Howe (pro hac vice)
Bridget Carmichael (pro hac vice)
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402-4247
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
csorenson@merchantgould.com
hkliebenstein@merchantgould.com
twu@merchantgould.com
jblake@merchantgould.com
ahowe@merchantgould.com

Bradley J. Kaspar, AT0012308
PICKENS, BARNES & ABERNATHY
1800 First Avenue NE, Suite 200
P.O. Box 74170
Cedar Rapids, Iowa 52407-4170
Telephone: (319) 366-7621
Facsimile: (319) 366-3158
bkaspar@pbalawfirm.com

*Attorneys For Defendant Underground Magnetics, Inc.*

</td></tr>
</table>

3

IT IS HEREBY ORDERED this _____ day of _____, 2023.

_____
United States District Judge